

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Charles Bloomfield and Nikita Lamee Bloomfield, Appellants

No. 06-21-00038-CV     v.

Spring Independent School District, Appellee

Appeal from the 151st District Court of Harris County, Texas (Tr. Ct. No. 2010-69231). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellants, Charles Bloomfield and Nikita Lamee Bloomfield, pay all costs incurred by reason of this appeal.

RENDERED JULY 7, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk